IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITADEL LIMITED,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANK DILEO, et al.,<br><br>            Defendants. | Case No.: C-14-80075 EMC (JSC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART APPLICATION FOR ORDER OF APPEARANCE AND EXAMINATION**<br><br>**Dkt. No. 3** |

Now pending before the Court are Plaintiff's three applications for an order to appear for a debtor examination. (Dkt. No. 3.) The first application concerning Quincy Krashna, a judgment debtor and defendant in this action, is hereby GRANTED. The other two applications, however, are deficient as they concern third parties yet do not include an attached affidavit "supporting th[e] application under Code of Civil Procedure section 491.110 or 708.120." (Dkt. No. 3 at 3, 5.) Those two applications are accordingly DENIED without prejudice. Plaintiff may re-file the applications with the required affidavits. The Court will schedule the debtor examinations at that time.

IT IS SO ORDERED.

Dated: June 20, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE